██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURTIS THOMPSON, Appellant. (Appeal No. 1.) [817 NYS2d 558]— Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered January 18, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Nichols*, 21 AD3d 1273, 1274-1275 [2005], *lv denied* 6 NY3d 757 [2005]). Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURTIS THOMPSON, Appellant. (Appeal No. 2.) [817 NYS2d 557]— Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered January 18, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Nichols*, 21 AD3d 1273, 1274-1275 [2005], *lv denied* 6 NY3d 757 [2005]). Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.